**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    KEITH L WALKER<br>    YOLANDA A WALKER<br>        Debtor(s) | Case No. 10-53061 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/30/2010.

2) The plan was confirmed on 02/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/21/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/02/2013.

5) The case was converted on 05/09/2014.

6) Number of months from filing to last payment: 41.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $70,310.72.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $16,948.00 |
| Less amount refunded to debtor | $232.90 |

**NET RECEIPTS:** $16,715.10

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $837.94 |
| Other | $174.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,511.94

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 1,438.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 904.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 1,438.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 904.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 2,710.00 | NA | NA | 0.00 | 0.00 |
| AIS SVC LLC | Unsecured | 560.00 | 560.00 | 560.00 | 173.73 | 0.00 |
| AMERICAN FINANCIAL CHOICE INC | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,131.00 | 382.74 | 382.74 | 118.74 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHANDRA DIAGNOSTIC CARDIOLOG | Unsecured | 884.32 | NA | NA | 0.00 | 0.00 |
| CHEZ PAREE GREEN | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI MORTGAGE | Secured | 109,749.00 | NA | NA | 0.00 | 0.00 |
| CITI MORTGAGE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 3,768.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| COMCAST/CHICAGO | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,026.00 | 1,030.42 | 1,030.42 | 319.64 | 0.00 |
| CORINTHIAN COLLEGE INC | Unsecured | 2,246.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 359.04 | 359.04 | 359.04 | 111.40 | 0.00 |
| EAST BAY FUNDING | Unsecured | 883.12 | 883.12 | 883.12 | 273.93 | 0.00 |
| ECMC | Unsecured | 0.00 | 10,652.01 | 10,652.01 | 3,304.26 | 0.00 |
| FIRST CASH | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH INSTANT CASH ADVANC | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | NA | 3,924.59 | 3,924.59 | 1,164.49 | 0.00 |
| FORD MOTOR CREDIT | Secured | 2,500.00 | 0.00 | 1,694.48 | 1,694.48 | 104.21 |
| GALWAY FINANCIAL SVC | Unsecured | 1,170.00 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SVC | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Secured | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 33.32 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS TITLE LOANS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 500.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 2,246.06 | 2,246.06 | 696.75 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 305.00 | 445.00 | 445.00 | 138.03 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 79.01 | 79.01 | 18.23 | 0.00 |
| JEWEL FOOD STORES | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| JEWEL FOOD STORES | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| JEWEL FOOD STORES | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| MELANIE FITNESS CENTER | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| MELANIE FITNESS CENTER | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| MELANIE FITNESS CENTER | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| MELANIE FITNESS CENTER | Unsecured | 270.00 | 270.00 | 270.00 | 78.79 | 0.00 |
| NICOR GAS | Unsecured | 5,273.46 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 915.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 7,054.00 | 7,001.25 | 7,001.25 | 2,171.82 | 0.00 |
| NUVELL CREDIT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,216.98 | 1,216.98 | 1,216.98 | 377.49 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,182.18 | 1,182.18 | 1,182.18 | 366.71 | 0.00 |
| RADIOLOGY IMAGING SPECIALISTS | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 50.05 | 50.05 | 1.50 | 0.00 |
| SBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SBC ILLINOIS | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| SBC ILLINOIS | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| SLM EDUCATION CREDIT FINANCE | Unsecured | 4,684.00 | NA | NA | 0.00 | 0.00 |
| SLM EDUCATION CREDIT FINANCE | Unsecured | 3,848.00 | NA | NA | 0.00 | 0.00 |
| SPRINT PCS | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY HEALTHCAR | Unsecured | 208.00 | 207.94 | 207.94 | 55.64 | 0.00 |
| ST MARGARET MERCY HOSP | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| ST MARGERET MERCY HOSPITAL | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN EMERGENCY PHYSICIAN | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GLENWOOD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LANSING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LANSING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL/PROVIDIAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN PHYSICIAN SVC | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,694.48 | $2,694.48 | $137.53 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,694.48** | **$2,694.48** | **$137.53** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$30,490.39** | **$9,371.15** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,511.94 |
| Disbursements to Creditors | $12,203.16 |
| **TOTAL DISBURSEMENTS :** | **$16,715.10** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/13/2014         By: /s/ Tom Vaughn
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**